IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| CHAD HILL, on behalf of himself and others similarly situated,<br><br>       *Plaintiff*,<br><br>v.<br><br>PEPPERIDGE FARM, INC.*,*<br><br>       *Defendant*. | Civil Action No. 3:22-CV-97 |

**DEFENDANT'S MOTION TO**
**DISMISS THE COMPLAINT AND TO STRIKE CLASS ALLEGATIONS**

Defendant Pepperidge Farm, Inc. ("Defendant"), by counsel and pursuant to Fed. R. Civ. P. 12(b)(6) and 12(f)(2), submits this Motion to Dismiss the Complaint and to Strike Class Allegations. For the reasons discussed in the accompanying Memorandum of Law, Defendant respectfully requests that this Court dismiss all claims in Plaintiff Chad Hill's Complaint (ECF No. 1) and strike the class allegations in Counts IV and V.

Dated: April 18, 2022

Respectfully submitted,

*/s/ Igor Babichenko*
Christopher M. Michalik
Virginia Bar No. 47817
Igor Babichenko
Virginia Bar No. 78255
Paul T. Atkinson
Virginia Bar No. 92876
Laura J. Cooley
Virginia Bar No. 93446
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Tel: 804-775-1000

Fax: 804-775-1061
cmichalik@mcguirewoods.com
ibabichenko@mcguirewoods.com
patkinson@mcguirewoods.com
lcooley@mcguirewoods.com

*Counsel for Pepperidge Farm, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of April, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send a notification of such filing (NEF) to all counsel of record.

*/s/ Igor Babichenko*
Igor Babichenko
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Tel: 804-775-1000
Fax: 804-775-1061
ibabichenko@mcguirewoods.com