IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CHAD HILL, on behalf of himself and
others similarly situated,

          *Plaintiff*,

v.

PEPPERIDGE FARM, INC.*,*

          *Defendant*.

Civil Action No. 3:22-CV-97

**[PROPOSED] ORDER**

This matter comes before the Court on the application of all Parties, who have jointly moved the Court for approval of their Settlement Agreement and to dismiss this matter with prejudice. Having reviewed the Settlement Agreement and the Parties' briefing, and following a hearing on the matter, the Court finds good cause to approve the Settlement Agreement. Accordingly, it is hereby ORDERED that the Settlement Agreement is APPROVED and this matter is DISMISSED with prejudice.

    IT IS SO ORDERED.

Dated: _____

                                                                  _____
                                                                  U.S. District Judge Henry E. Hudson